UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

HILDA L. SOLIS,

      Plaintiff,

— against —

SCA RESTAURANT CORP. ET AL.,

      Defendants.

----------------------------------X

ORDER
09-CV-2212 (JFB) (ETB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 10 2012 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

IT IS HEREBY ORDERED that the Temporary Restraining Order issued in this case on April 6, 2012 is extended through April 19, 2012.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:     April 10, 2012
            Central Islip, New York